IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KEITH CURTIS WILLIAMS,

      Appellant,

  v.

Case No.  5D23-126
LT Case No. 45-2021-CF-000219-AXYX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 7, 2023

Appeal from Circuit Court
for Nassau County,
James H. Daniel, Judge.

Jessica J. Yeary, Public Defender, and
Jasmine Russell Dixon, Assistant Public
Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and
Trisha Meggs, Bureau Chief,
Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

MAKAR, JAY and EDWARDS, JJ., concur.